708 A.2d 99

**BOROUGH OF DOWNINGTOWN, Respondent,**

v.

**Thomas J. WAGNER, Petitioner.**

Supreme Court of Pennsylvania.

April 24, 1998.

## ORDER

PER CURIAM.

AND NOW, this 24th day of April, 1998, the Petition for Allowance of Appeal is granted limited to the issue of whether two notices of appeals need be filed from judgments of a district justice on a claim and counter-claim sharing the same docket number.